B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re  Innatech, LLC
                                                                Debtor(s)

Case No.
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Asplundh, Ed K<br>230 EL PUEBLO WAY<br>PALM BEACH, FL 33480 | Edward Asplundh<br>Asplundh, Ed K<br>230 EL PUEBLO WAY<br>PALM BEACH, FL 33480<br>edasplundh@yahoo.com | Loans | | 750,000.00 |
| BRICKMAN, JR., THEODORE W.<br>c/o PITCAIRN TRUST<br>ONE PITCAIRN PLACE, SUITE 3000<br>JENKINTOWN, PA 19046 | Dick Brickman<br>BRICKMAN, JR., THEODORE W.<br>c/o PITCAIRN TRUST<br>ONE PITCAIRN PLACE, SUITE 3000<br>JENKINTOWN, PA 19046<br>scrapes2@aol.com | Loans | | 500,000.00 |
| ABBOTT NUTRITION<br>75 REMITTANCE DR STE<br>CHICAGO, IL 60675-1310 | Mike Beale<br>ABBOTT NUTRITION<br>75 REMITTANCE DR STE<br>CHICAGO, IL 60675-1310<br>mike.beale@abbott.com | Rent | | 375,403.11 |
| ERLER INDUSTRIES<br>418 STOCKWELL STREET<br>NORTH VERNON, IN 47265 | Missy McFall<br>ERLER INDUSTRIES<br>418 STOCKWELL STREET<br>NORTH VERNON, IN 47265<br>mmcfall@erler.com | Trade | | 243,621.31 |
| DAWDA, MANN, MULCAHY & SADLER<br>39533 WOODWARD AVENUE<br>SUITE 200<br>BLOOMFIELD HILLS, MI 48304 | Michael Mulcahy<br>DAWDA, MANN, MULCAHY & SADLER<br>39533 WOODWARD AVENUE<br>SUITE 200<br>BLOOMFIELD HILLS, MI 48304<br>mmulcahy@dmms.com | Legal Services | | 238,019.72 |
| INFOR GLOBAL SOLUTIONS<br>PO BOX 933774<br>ATLANTA, GA 31193-3191 | Robert Janson<br>INFOR GLOBAL SOLUTIONS<br>PO BOX 933774<br>ATLANTA, GA 31193-3191<br>robert.janson@infor.com | Trade | | 183,899.88 |

B4 (Official Form 4) (12/07) - Cont.
In re  Innatech, LLC
       _____
                    Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| HEXIN ELECTRIC APPLIANCE CO., LTD. No. 239 Kuatang Kuachun Road Suzhou Industrial Park Suzhou, China | HEXIN ELECTRIC APPLIANCE CO., KUACHUN RD #8 KUANTANG, SUZHO . hexin@hxelectric.sina.net | Trade | | 160,530.33 |
| POLYONE DISTRIBUTION 4075 MILLENNUM BLVD SE MASSILLON, OH 44646 | Peggy Grandahl POLYONE DISTRIBUTION 4075 MILLENNUM BLVD SE MASSILLON, OH 44646 peggy.grandahl@polyone.com | Trade | | 124,014.41 |
| IACNA 1965 Williams Road Alma, MI 48801 | Patricia Mayers IACNA 1965 Williams Road Alma, MI 48801 pmayers@iacna.com | Trade | | 122,228.93 |
| BLUE CROSS BLUE SHIELD OF MICHIGAN BANK OF AMERICA SUITE 6020, 1950 N. STEMMONS F DALLAS, TX 75207-3134 | Justin Gavin BLUE CROSS BLUE SHIELD OF MICHIGAN BANK OF AMERICA SUITE 6020, 1950 N. STEMMONS F DALLAS, TX 75207-3134 jgavin@bcbsm.com | Insurance (expired plan) | | 110,728.26 |
| Moore, C.P.A., David G. 2019 BOOTMAKER LANE BLOOMFIELD HILLS, MI 48304 | David Moore Moore, C.P.A., David G. 2019 BOOTMAKER LANE BLOOMFIELD HILLS, MI 48304 248.613.2624 | Accounting services | | 104,173.75 |
| ADVANCED COMPOSITES 3066 SIDCO DRIVE NASHVILLE, TN 37204 | Lynn Fox ADVANCED COMPOSITES 3066 SIDCO DRIVE NASHVILLE, TN 37204 lynn.fox@advcmp.com | Trade | | 97,614.00 |
| A. SCHULMAN, INC. 24089 NETWORK PLACE CHICAGO, IL 60673-1240 | Michael Welday A. SCHULMAN, INC. 24089 NETWORK PLACE CHICAGO, IL 60673-1240 michael.welday@us.aschulman.com | Trade | | 87,918.51 |
| CITY OF LEBANON, OHIO CITY BUILDING - ACCOUNT #B07- 50 SOUTH BROADWAY LEBANON, OH 45036-1777 | Shawn Coffey CITY OF LEBANON, OHIO ,THE CITY BUILDING - ACCOUNT #B07- 50 SOUTH BROADWAY LEBANON, OH 45036-1777 scoffey@lebanonohio.gov | Electric/utility | | 80,573.80 |

B4 (Official Form 4) (12/07) - Cont.
In re   Innatech, LLC                                                                Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| UNIQUE FABRICATING, INC. 800 STANDARD PARKWAY AUBURN HILLS, MI 48326 | Tom Tekiele UNIQUE FABRICATING, INC. 800 STANDARD PARKWAY AUBURN HILLS, MI 48326 tom.tekiele@uniquefab.com | Trade | | 71,739.16 |
| PRODUCT ACTION INTERNATIONAL 7998 CENTER POINT DRIVE INDIANAPOLIS, IN 46256 | PRODUCT ACTION INTERNATIONAL 7998 CENTER POINT DRIVE INDIANAPOLIS, IN 46256 317.579.2630 | Trade | | 70,117.00 |
| FRANK REWOLD AND SON, INC. 333 E SECOND STREET ROCHESTER, MI 48307 | Bill Moesta FRANK REWOLD AND SON, INC. 333 E SECOND STREET ROCHESTER, MI 48307 bmoesta@frankrewold.com | Trade | | 64,598.34 |
| TPS LOGISTICS, INC. 2931 E. JEFFERSON AVE DETROIT, MI 48207 | Nicole Chevalier TPS LOGISTICS, INC. 2931 E. JEFFERSON AVE DETROIT, MI 48207 nchevalier@logisticsaccounting.com | Trade | | 56,744.78 |
| MIAMI VALLEY PACKAGING SOLUTIONS 1752 STANLEY AVENUE PO BOX 296 DAYTON, OH 45404 | Don Chmiel MIAMI VALLEY PACKAGING SOLUTIONS 1752 STANLEY AVENUE PO BOX 296 DAYTON, OH 45404 don@mvpsohio.com | Trade | | 55,181.28 |
| RHETECH DEPT. 77214 PO BOX 77214 DETROIT, MI 48277-0214 | Janee Skomial RHETECH DEPT. 77214 PO BOX 77214 DETROIT, MI 48277-0214 jskomial@rhetech.com | Trade | | 50,116.30 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 23, 2010**                      Signature   _____
                                                          Philip Nicholls
                                                          Chief Financial Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.