Revised 02/04

# United States Bankruptcy Court
## Eastern District of Michigan

In re  Innatech, LLC

Debtor(s)

Case No.
Chapter  11

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

■ The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:

| | |
|---|---|
| Name: | Invoak, LLC (15.00%) |
| Address: | 750 Letica Drive<br>Rochester, MI 48307 |
| Name: | Mark O. Elder, Trustee (10.64%) |
| Address: | 394 Olivewood Court<br>Rochester, MI 48306 |
| Name: | Willard B. McCardell, Jr. (59.02%) |
| Address: | 750 Letica Drive<br>Rochester, MI 48307 |

(For additional names, attach an addendum to this form)

☐ There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 23, 2010

_/s/ W B McCardell_
Signature of Authorized Individual
For Corporation Debtor


Willard B. McCardell, Jr.
Print Name


President
Title

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy