UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| INNATECH, LLC, | ) | Case No. 10-49380 |
| | ) | Chapter 11 |
| Debtor. | ) | Honorable Thomas J. Tucker |
| | ) | |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS
ON PROPOSED COUNSEL FOR THE DEBTOR**

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters his appearance in this case as proposed counsel for the Debtor in the above-captioned bankruptcy case. An application for employment of the undersigned will be filed with the Court shortly.

FURTHER, PLEASE TAKE NOTICE that, pursuant to Rules 2002(i) and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices and all other papers required to be served in this case be served upon the following person and that the following person be added to the mailing matrix in this case:

Joel D. Applebaum
Clark Hill PLC
151 S. Old Woodward Avenue
Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988.5883
japplebaum@clarkhill.com

CLARK HILL PLC


_____/s/ Joel D. Applebaum_____
Joel D. Applebaum (P36774)
151 S. Old Woodward Ave., Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5883
japplebaum@clarkhill.com

Dated: March 24, 2010

Proposed Counsel for the Debtor


6357721.1 23608/135258