# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:

Innatech, LLC,

    Debtor-in-Possession.

_____/

Case No. 10-49380-TJT

Chapter 11 Proceeding

Hon. Thomas J. Tucker

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS

**TO:**    **CLERK OF THE COURT**
          U.S. Bankruptcy Court
          Eastern District of Michigan, Southern Division
          211 W. Fort Street, Suite 2100
          Detroit, Michigan 48226

**PLEASE TAKE NOTICE** that Sean M. Walsh of GIARMARCO, MULLINS & HORTON, P.C. appears on behalf of Keen Point International, Inc. and pursuant to Bankruptcy Rules 2002, 9007 and 9010 demands that all notices given or required to be given and all pleadings, motions, or papers served or required to be served in this case be given to and served upon Sean M. Walsh at Giarmarco, Mullins & Horton, P.C. as follows:

**SEAN M. WALSH, ESQ.**
GIARMARCO, MULLINS & HORTON, P.C.
Tenth Floor Columbia Center
101 W. Big Beaver Road
Troy, Michigan 48084
Telephone: (248) 457-7000
Facsimile:   (248) 404-6391
E-Mail:  swalsh@gmhlaw.com

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes the notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise or made with regard to the references case and proceedings herein.

                                      **GIARMARCO, MULLINS & HORTON, P.C.**

                         By: /s/ Sean M. Walsh
                            **SEAN M. WALSH** (P48724)
                            Attorneys for Keen Point International, Inc.
                            Tenth Floor Columbia Center
                            101 W. Big Beaver Road
                            Troy, Michigan 48084-5280
                            Telephone: (248) 457-7091
                            Facsimile: (248) 404-6391
                            E-Mail: swalsh@gmhlaw.com

Dated: March 26, 2010