**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the Matter of:

Innatech, LLC,

      Debtor-in-Possession.

_____/

Case No. 10-49380-TJT

Chapter 11 Proceeding

Hon. Thomas J. Tucker

## **CERTIFICATE OF SERVICE**

**SEAN M. WALSH** states that on March 26, 2010 he caused the following documents to be served:

    1.    Notice of Appearance, Request for Service of Papers [Docket No. 30]

via the ECF System upon:

Joel D. Applebaum on behalf of Debtor In Possession Innatech, LLC
japplebaum@clarkhill.com

Jeremy M. Downs on behalf of Creditor Bridge Finance Group, LLC
jeremy.downs@goldbergkohn.com

Evan Justin Feldman on behalf of Debtor In Possession Innatech, LLC
efeldman@clarkhill.com

Robert D. Gordon on behalf of Debtor In Possession Innatech, LLC
rgordon@clarkhill.com, lbellguzzo@clarkhill.com

James A. Plemmons on behalf of Creditor c/o James A. Plemmon Setex, Inc.
jplemmons2@dickinsonwright.com

John R. Stevenson on behalf of Debtor In Possession Innatech, LLC
jstevenson@clarkhill.com

Gordon J. Toering on behalf of Interested Party Haworth, Inc.
gtoering@wnj.com

**GIARMARCO, MULLINS & HORTON, P.C.**

By: /s/ Sean M. Walsh
**SEAN M. WALSH** (P48724)
Attorneys for Keen Point International, Inc.
Tenth Floor Columbia Center
101 W. Big Beaver Road
Troy, Michigan 48084-5280
Telephone: (248) 457-7091
Facsimile: (248) 404-6391
E-Mail: swalsh@gmhlaw.com

Dated: March 26, 2010