## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| INNATECH, LLC, | ) Case No. 10-49380 |
| | ) |
| Debtor. | ) Hon. Thomas J. Tucker |
| | / |

## APPEARANCE AND REQUEST
## FOR ALL NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, DANIEL G. KIELCZEWSKI enters his appearance as counsel for BRIDGE HEALTHCARE FINANCE LLC, a creditor and party in interest.

PLEASE TAKE FURTHER NOTICE that, pursuant to the pursuant to Rules 2002(i) and 9007 of the Federal Rules of Bankruptcy Procedure, DANIEL G. KIELCZEWSKI requests that all notices and all other papers required to be served in this case be served upon him and that he be added to the mailing matrix in this case.

Dated: March 29, 2010

Respectfully submitted,

/s/Daniel G. Kielczewski
ABBOTT NICHOLSON, P.C.
Attorneys for Bridge Healthcare Finance LLC
300 River Place, Suite 3000
Detroit, Michigan 48207-4225
(313) 566-2500
dgkielczewski@abbottnicholson.com
Attorney No. P42875

245923:1