UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 10-49380-TJT |
| **INNATECH, LLC,** | Chapter 11 |
| Debtor. | HON. THOMAS J. TUCKER |
| _____/ | |

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to § 1102(a) and (b) of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims (or who are members of a committee organized by creditors prior to the order for relief under chapter 11 of the Bankruptcy Code who were fairly chosen and are representative of the different kinds of claims to be represented) and who are willing to serve, are appointed to the Committee of Unsecured Creditors:

Annette Germond for
Abbott Nutrition Manufacturing, Inc.
6480 Busch Blvd.
Columbus, Ohio 43229
Phone: 614.624.3231
Fax: 614.727.3231
Email: annette.germond@abbott.com

Dr. Haishan Liu for
Hexin Electric Appliances Co., Ltd.
US-China Assets Management USA, LLC
33-63 55th Street
Woodside, NY 11377
Phone: 718.429.3888
Fax: 718.205.1888
Email: uschinaasset@aol.com

David G. Moore C.P.A.
2019 Bootmaker Lane
Bloomfield Hills, MI 48304-1005
Phone: 248.858.8274
Fax: n/a
Email: dmoorecpa@comcast.net

Bill Moesta, CFO for
Frank Rewold and Son, Inc.
333 E. Second Street
Rochester, MI 48307-2005
Phone: 248.601.1214
Fax: 248.651.5174
Email: bmoesta@frankrewold.com

| | |
|---|---|
| Don Chmiel for<br>Miami Valley Packaging Solutions, Inc.<br>1752 Stanley Avenue<br>P.O. Box 296<br>Dayton, OH 45404<br>Phone: 937.224.1800<br>Fax: 937.224.3374<br>Email: don@mvpsohio.com | John Levinson and Janee Skomial for<br>Rhetech, Inc.<br>1500 N. Territorial Road<br>Whitmore Lake, MI 48189<br>Phone: 734.769.1575<br>Fax: 734.769.2214<br>Email: jlevinson@rhetech.com and<br>jskomial@rhetech.com |

                                      **DANIEL M. McDERMOTT**
                                      **UNITED STATES TRUSTEE**
                                      Region 9

                        By:   /s/ *Stephen Spence* (P32923)
                               Steve.E.Spence@usdoj.gov
                               U.S. Dept. of Justice
                               Office of the U.S. Trustee
                               211 West Fort St - Suite 700
                               Detroit, Michigan 48226
                               (313) 226-7911

Dated: March 31, 2010