# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

## COVER SHEET FOR AMENDMENTS

**CASE NAME: INNATECH, LLC**
**CASE NUMBER: 10-49380**

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

### The purpose of this amendment is to:

[ ] Add creditors to schedules(s) _____ . How many? _____
(Use second page of this form to list creditors added).

        [ ] **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

[x] Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

[ ] Other: (Provide detail of amendment) _____
_____
_____
_____

[ ] **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

[ ] **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:** LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears): **Motion Industries, Inc.**

Previous address:
Motion Industries, Inc.
6576 Diplomat Drive
Sterling Heights, MI 48314-1420

Please change to:
Motion Industries, Inc.
1700 E. Avis Drive
Madison Hts., MI 48071-1540

**NAME OF CREDITOR** (As it now appears): **Airgas Great Lakes**

Previous address:
Airgas Great Lakes
P.O. Box 378
Bay City, MI 48707-0378

Please change to:
Airgas Great Lakes
1403 S. Valley Center Drive
Bay City, MI 48706-9754

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix

**NAME OF CREDITOR** (As it now appears): _____

_____
(Please print)
Address_____

_____

_____

Respectfully submitted,

CLARK HILL PLC

/s/ Robert D. Gordon
Robert D. Gordon (P48627)
Counsel for the Debtor
151 S. Old Woodward Avenue
Suite 200
Birmingham, Michigan 48009
(248) 988-5882

Dated: April 1, 2010