# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

INNATECH, LLC,                  Chapter 11
                                                   Case No.: 10-49380

        Debtor.

                                                   Hon. Thomas J. Tucker

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS, UNDER
## 11 U.S.C. § 1109(b) AND FED. R. BANKR. P. 2002, 3017(a), 9007, 9010

        PLEASE TAKE NOTICE that the undersigned hereby files an appearance as proposed attorneys for the Official Committee of Unsecured Creditors of Innatech, LLC, and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. § 1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in this case, be transmitted to the following party:

                 JAFFE, RAITT, HEUER & WEISS, P.C.
                 Attn:    Judith Greenstone Miller, Esq.
                 27777 Franklin Road, Suite 2500
                 Southfield, MI 48034
                 Tel:  (248) 351-3000
                 Fax:  (248) 351-3082
                 Email: jmiller@jaffelaw.com

                 **JAFFE, RAITT, HEUER & WEISS, P.C.**

Dated: April 5, 2010           By:    /s/ Judith Greenstone Miller
                                      Judith Greenstone Miller  (P29208)
                                      Proposed Counsel to the Unsecured Creditors Committee
                                      27777 Franklin Road, Suite 2500
                                      Southfield, Michigan 48034-8214
                                      (248) 351-3000
                                      (248) 351-3082 (fax)
                                      jmiller@jaffelaw.com

1880028