UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

INNATECH, LLC,

    Debtor.

_____/

Chapter 11
Case No.: 10-49380

Hon. Thomas J. Tucker

## APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF BAKER TILLY VIRCHOW KRAUSE LLP AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF INNATECH, LLC NUNC PRO TUNC TO APRIL 7, 2010

The Official Committee of Unsecured Creditors of Innatech, LLC (the "Committee"), seeks this Court's approval of its selection of Baker Tilly Virchow Krause, LLP. ("Baker Tilly"), as financial advisors to the Committee, *nunc pro tunc* to April 7, 2010, and states:

1. This Court has jurisdiction over the Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

2. Venue of this Chapter 11 case in this District is proper under 28 U.S.C. §§ 1408 and 1409.

3. The statutory basis for the relief requested herein is Sections 105(a), 328, and 1103 of Title 11 of the United States Code, as amended (the "Bankruptcy Code").

4. On March 23, 2010, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Petition Date").

5. The Debtor continues to operate and manage its business as a Debtor-in-Possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

6. The Committee was appointed on March 31, 2010.

7. The Committee seeks to employ Baker Tilly, One Towne Square, Suite 600, Southfield, MI 48076, telephone: (248) 372-7300; facsimile: (248) 368-8950, as its financial advisor, to perform accounting and consulting services on its behalf, effective April 7, 2010.

8. The Committee has selected Baker Tilly as financial advisor because of the firm's extensive bankruptcy, financial and accounting experience and knowledge. The Committee believes Baker Tilly is well-qualified and uniquely able to act as its financial advisor in this Chapter 11 case in a most efficient and timely manner.

9. The services of Baker Tilly are necessary to enable the Committee to execute its duties. Subject to this Court's approval, the Committee will employ Baker Tilly as its financial advisor to assist the Committee in fulfilling the functions described in Section 1103(c) of the Bankruptcy Code and such other functions as may be required or permitted of the Committee pursuant to the Bankruptcy Code.

10. As more particularly set forth in the Declaration of Disinterestedness and Disclosure Statement of Baker Tilly attached hereto as Exhibit B, as required by 11 U.S.C. §328(a) and Fed. R. Bankr. P. 2014(a), Baker Tilly does not hold or represent an interest adverse to the estate in the matters upon which Baker Tilly is to be employed, as financial advisor to the Committee.

11. Baker Tilly has indicated its willingness to perform accounting and consulting services on the Committee's behalf and to be compensated at their standard hourly rates in effect for the period in which the services are to be rendered and to be reimbursed for their reasonable and necessary out-of-pocket expenses. Baker Tilly's current hourly rates are as follows:

        Partners    $300 - $395
        Associates  $150 - $295

12. Baker Tilly intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, local rules and orders of this Court.

WHEREFORE, the Committee requests this Court enter an Order attached as Exhibit A authorizing it to retain Baker Tilly as its financial advisor, and for such other relief as is appropriate and just.

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF INNATECH, LLC**

Dated: April __, 2010        By:  /s/   John T. Levinson
                                          John T. Levinson on behalf of Rhetech, Inc.
                                          Committee Chairperson

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

INNATECH, LLC,

Debtor.

Chapter 11
Case No.: 10-49380

Hon. Thomas J. Tucker

_____/

## ORDER AUTHORIZING EMPLOYMENT OF
## BAKER TILLY VIRCHOW KRAUSE, LLP AS FINANCIAL ADVISOR
## TO THE UNSECURED CREDITORS COMMITTEE

Upon the Application ("Application") of the Official Committee of Unsecured Creditors ("Committee") of Innatech, LLC ("Debtor") for entry of an Order Authorizing Employment of Baker Tilly Virchow Krause, LLP ("Baker Tilly") as Financial Advisor for the Committee *Nunc Pro Tunc* to April 7, 2010, and the Declaration of Baker Tilly, the U.S. Trustee having approved the Application, and the Court being fully advised in the premises;

IT IS ORDERED that:

A. The Committee is authorized to employ Baker Tilly as its financial advisor in this case, *Nunc Pro Tunc* to April 7, 2010, for the purposes set forth in the Application; and

B. Baker Tilly shall apply to the Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, local rules and orders of this Court, and shall receive interim, monthly compensation per the terms of any orders entered by this Court.

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

INNATECH, LLC,

        Debtor

_____/

Chapter 11
Case No. 10-49380
Hon. Thomas J. Tucker

STATE OF MICHIGAN    )
                              ) ss.
COUNTY OF OAKLAND  )

### AFFIDAVIT OF DISINTERESTEDNESS AND DISCLOSURE STATEMENT OF BAKER TILLY VIRCHOW, KRAUSE, LLP PURSUANT TO 11 U.S.C. SECTIONS 327, 328(a), 329 AND 504, FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a) AND LOCAL BANKRUPTCY RULE 2014

      **BARRY P. LEFKOWITZ**, being first duly sworn, deposes and states the following in support of the Application for an Order Authorizing the Retention of Baker Tilly Virchow Krause, LLP as financial advisors to the Official Unsecured Creditors Committee of Innatech, LLC ("The Debtor").

      1.    I am a partner of Baker Tilly Virchow Krause, LLP. ("Baker Tilly"), having personal knowledge of the statements made in this Affidavit and if called could testify competently to the statements made herein.

      2.    In preparing this Affidavit, I performed, or caused to be performed, a conflict check to determine whether Baker Tilly is "disinterested" as required pursuant to The Bankruptcy Code and Bankruptcy Rules and to determine whether Baker Tilly represents any other entity having an adverse interest to the Debtor.

      3.    I hereby represent that Baker Tilly is a "disinterested" person as that term is defined in 11 U.S.C. §101(14).

4. Based on the conflicts search conducted to date, to the best of my knowledge, neither I, Baker Tilly, nor any partner, or associates thereof, insofar as I have been able to ascertain, (i) represents any entity holding an interest adverse to; or (ii) has an interest materially adverse to the interest of the Debtor; any class of creditors or equity security holders; any other parties-in-interest, the United States Trustee, or any person employed in the office of the United States Trustee, or for any other reason, other than as disclosed herein.

5. Baker Tilly has numerous clients, past and present, located throughout the country in a variety of industries. Accordingly, Baker Tilly may have provided services or otherwise dealt with, and may currently be providing services to or otherwise dealing with, various entities (and their attorneys and/or accountants) that are or may consider themselves to be creditors, shareholders, or other parties-in-interest in matters relating to this Chapter 11 case or in matters which may be adverse to the Debtor.

6. Baker Tilly intends to apply for compensation for professional services rendered in connection with the Chapter 11 case subject to approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, this Court's Local Rules, and orders of this Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges that Baker Tilly incurs. Baker Tilly will charge hourly rates to the Debtor that are consistent with the rates charged by Baker Tilly in bankruptcy and non-bankruptcy matters of this type. These hourly rates are subject to periodic adjustment to reflect economic and other conditions

/s/ Barry Lefkowitz
Barry P. Lefkowitz, CPA, CIRA
Accountant for the Unsecured Creditors Committee
Baker Tilly Virchow Krause, LLP
One Town Square
Suite 600
Southfield, MI 48076

Dated: April 8, 2010