# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

INNATECH, LLC,

      Debtor.

_____/

Chapter 11
Case No.: 10-49380
Hon. Thomas J. Tucker

## ORDER AUTHORIZING EMPLOYMENT OF
## JAFFE RAITT HEUER & WEISS, P.C. AS COUNSEL TO
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## NUNC PRO TUNC TO APRIL 5, 2010

Upon the Application ("Application") of the Official Committee of Unsecured Creditors ("Committee") of Innatech, LLC ("Debtor") for entry of an Order Authorizing Employment of Jaffe Raitt Heuer & Weiss, P.C. ("Jaffe") as Counsel for the Committee *Nunc Pro Tunc* to April 5, 2010, and the Declaration of Jaffe, the U.S. Trustee having approved the Application, and the Court being fully advised in the premises;

IT IS ORDERED that:

A.     The Committee is authorized to employ Jaffe as its counsel in this case, *Nunc Pro Tunc* to April 5, 2010, for the purposes set forth in the Application; and

B.     Jaffe shall apply to the Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, local rules and orders of this Court, and shall receive interim, monthly compensation per the terms of any orders entered by this Court.

.

**Signed on April 15, 2010**

                           **_____/s/ Thomas J. Tucker_____**
                           **Thomas J. Tucker**
                           **United States Bankruptcy Judge**

1880423