UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

INNATECH, LLC,

    Debtor.
_____/

Case No. 10-49380
Chapter 11
Honorable Thomas J. Tucker

### ORDER GRANTING ADMINISTRATIVE EXPENSE
### OF COMMITTEE MEMBER HEXIN ELECTRIC APPLIANCES CO., LTD.

The Official Committee of Unsecured Creditors by its attorneys Jaffe, Raitt, Heuer & Weiss, P.C. having filed an Application for Administrative Expense of Committee Member Hexin Electric Appliances Co., Ltd. (the "Application") for expenses incurred in the performance of its duties as a Committee member during the period March 31, 2010 through July 8, 2010, in the amount of $3,987.75; no objections having been filed; and the Court being fully advised in the premises:

IT IS ORDERED that the expenses of Hexin Electric Appliances Co., Ltd. are allowed in the amount of $3,987.75 for the period March 31, 2010 through July 8, 2010 and Debtor is authorized and directed to pay Hexin Electric Appliances Co., Ltd all unpaid expenses due Applicant for the period covered by this Application, subject to the Court's Order Adjourning Hearing on the Court's Order to Show Cause, and Requiring Debtor to Retain at Least $15,000.00 in Estate Funds Pending Further Order [Docket # 412].

.

**Signed on September 19, 2010**

                                                                                                      /s/ Thomas J. Tucker
                                                                                                      Thomas J. Tucker
                                                                                                       United States Bankruptcy Judge